## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BETTY J. WILLIAMS                                                                                           PLAINTIFF

No. 2:15CV72-JM

JH DEBT PORTFOLIO DEBT EQUITIES, LLC
A California Corporation                                                                              DEFENDANT

## ORDER

Before the Court is Plaintiff Betty J. Williams' Motion to Dismiss with Prejudice. Upon consideration, the Court finds the motion should be and hereby is granted. Plaintiff's claims against Defendant are dismissed with prejudice.

IT IS SO ORDERED, this 2nd day of December, 2015.

_____
Hon. James M. Moody, Jr.
U.S. District Court